LAW OFFICE OF
**JAMES A. WYATT**
3575 SUNSET DRIVE (96001)
POST OFFICE BOX 992338
REDDING, CA 96099-2338
(530) 244-6060
(530) 244-6069 Facsimile

STATE BAR NO. 081128

Attorney for Defendants COUNTY OF SISKIYOU, and JON LOPEY, SHERIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oo0oo---

| | |
|---|---|
| A. B., a minor, by and through his Guardian Ad Litem, Cheyanna Brown, Individually and as Successor In Interest of Mathew R. Baker,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SISKIYOU, a public entity; JON LOPEY, SHERIFF, a public employee, DOES 1-10, Inclusive<br><br>Defendants. | CASE NO. 2:16-cv-01752-MCE-GGH<br><br>ORDER APPROVING MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER |

Upon review of the stipulation of the parties, Plaintiff, A.B., a minor, by and through his counsel GREG W. GARROTTO, and Defendants COUNTY OF SISKIYOU and JON LOPEY, SHERIFF, by and through their counsel JAMES A. WYATT, and good cause appearing therefor,

///

1

ORDER APPROVING MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER
#2:16-CV-01752-MCE-GGH

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

1     IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order
2 entered by this Court on January 12, 2017, is modified as follows:
3     • All discovery, with the exception of expert discovery, shall be completed no later than **December 4, 2017**.
5     In all other respects, the Initial Pretrial Scheduling Order dated January 12, 2017, shall remain the same.
7     IT IS SO ORDERED.
8 Dated: May 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

2

ORDER APPROVING MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER
#2:16-CV-01752-MCE-GGH