|   |   |
|---|---|
| A.B., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SISKIYOU, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-01752-MCE-GGH<br><br><br>**RELATED CASE ORDER** |
| A.H., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SISKIYOU, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-01078-TLN-CMK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

  The Court has received the Notice of Related Case filed on May 24, 2017. ECF No. 19.

  Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same defendants and are based on the same or similar claims, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

1

Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:17-cv-01078-TLN-CMK is reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in 2:17-cv-01078-TLN-CMK are hereby VACATED. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:17-cv-01078-MCE-GGH.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: June 19, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE