UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A.B., a minor, by and through his Guardian ad Litem; CHEYANA BROWN, individually and as Successor in Interest of Matthew R. Baker,

Plaintiffs,

v.

COUNTY OF SISKIYOU; JON LOPEY, Sheriff; Does 1-10, inclusive

Defendants.

No. 2:16-cv-01752-MCE-GGH

**ORDER**

Presently before the Court is Plaintiffs' Motion to Amend Complaint and File a First Amended Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a)(2). ECF No. 23. Through their Motion, Plaintiffs seek to substitute the names of Siskiyou County Sheriff's Department personnel, Jeff Houston and Christopher Miller, as Defendants in the place of Does 1 and 2. On August 8, 2017, Defendants County of Siskiyou and Jon Lopey filed a Statement of Non-Opposition to Plaintiffs' Motion. ECF No. 25.

///

///

///

1

1 | Given that non-opposition, and good cause appearing, Plaintiffs' Motion is
2 | GRANTED. Plaintiffs are directed to file their Proposed First Amended Complaint not
3 | later than ten (10) days after the date this Order is electronically filed.
4 | IT IS SO ORDERED.
5 | Dated: September 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE