LAW OFFICES OF GREG W. GARROTTO
Greg W. Garrotto, State Bar #89542
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310)229-9209
jjggarrotto@msn.com

Attorneys for Plaintiff
A. B., a minor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. B., a minor, by and through his Guardian ad Litem, Cheyanna Brown, Individually and as Successor In Interest of Mathew R. Baker, <br><br> Plaintiff, <br> v. <br><br> COUNTY OF SISKIYOU, a public entity; JON LOPEY, SHERIFF, a public employee; et. al. <br><br> Defendants. | Case No.: 2:16-cv-01752-MCE-GGH <br><br> ORDER ON MOTION TO EXTEND DISCOVERY DEADLINE <br><br> Date: November 2, 2017 <br> Time: 2:00 p.m. <br> Courtroom: 7 (14th Floor) |

///
///
///
///

The Court, having considered Plaintiff=s Motion to Extend the Non-Expert Discovery cut-off and Defendants= Statement of Non-Opposition to Plaintiff=s Motion to Extend Discovery Deadline (ECF Nos. 31-32) hereby finds that there is good cause for the granting of said motion.

Therefore, IT IS HEREBY ORDERED:

The non-expert discovery cut-off is extended to and including **May 23, 2018**.

IT IS SO ORDERED.

Dated: November 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE