Greg W. Garrotto, State Bar 89542
Law Offices of Greg W. Garrotto
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: 310-229-9200   Fax: 310-229-9209
jjggarrotto@msn.com

Attorneys for Plaintiff A.B., a minor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, CHEYANNA BROWN, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF MATHEW R. BAKER<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SISKIYOU, A PUBLIC ENTITY; JON LOPEY, SHERIFF, A PUBLIC EMPLOYEE; DOES 1-10, INCLUSIVE<br><br>Defendant | Case No.:  2:16-cv-01752-MCE-GGH<br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR A.B., A MINOR |

The Court, having reviewed and considered the Petition and Order for Appointment of Guardian ad Litem requesting appointment of Cheyanna Brown as Guardian ad Litem for minor A.B. finds that there is good cause and therefore:

ORDER APPOINTING GUARDIAN AD LITEM FOR A.B., A MINOR - 1

1     IT IS SO ORDERED that Cheyanna Brown is appointed Guardian ad Litem for Plaintiff, A.B., a minor.

IT IS SO ORDERED.

Dated: December 29, 2018

                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE