UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B. a minor, by and through his Guardian ad Litem, Cheyana Brown, CHEYANA BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU, et al.,<br><br>Defendants.<br>_____/ | No. 2:16-cv-01752-MCE-EFB<br>and related case<br><br><br><br>**ORDER** |
| A.H., a minor, by and through his Guadian ad Litem, Kendra Howard, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SISKIYOU, et al.,<br><br>Defendants.<br>_____/ | No. 2:17-cv-01078-MCE-EFB |

Pursuant to the parties' Joint Notices of Trial Readiness, the Court makes the following orders.

///

1

The parties are directed to contact Magistrate Judge Kendal J. Newman's courtroom deputy for the scheduling of a settlement conference within ten (10) days from the date of this order for the scheduling of the conference. Counsel are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The parties are ordered to file a joint status report not later than seven (7) days after the conclusion of the settlement conference.

Due to the Court's impacted trial schedule, this matter is set for a Status Re: Trial Setting on July 9, 2020, at 2:00 p.m. in courtroom 7. Counsel are ordered to file a joint status report not later than fourteen (14) days before this hearing. To expedite resolution of this matter, the parties are reminded of Local Rule 305(a) and may consent to trial before a magistrate judge.

DATED: October 30, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE