LAW OFFICES OF GREG W. GARROTTO
Greg W. Garrotto, State Bar #89542
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310)229-9209
jjggarrotto@msn.com

Attorneys for Plaintiff
A. B., a minor by and through his
Guardian ad Litem, Cheyana Brown

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. B., a minor, by and through his Guardian ad Litem, Cheyana Brown; <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SISKIYOU, a public entity; JON LOPEY, SHERIFF, a public employee; et. al. | Case No.: 2:16-cv-01752-MCE-EFB <br><br> ORDER TO SEAL DOCUMENTS |

The Court has reviewed and considered the Request to Seal Documents

filed by Plaintiff, A.B., a minor by and through his Guardian ad Litem, Cheyana

Brown, and finding that there is good cause;

IT IS ORDERED:

Pursuant to Federal Rule of Civil Procedure 5.2 and United States District Court for the Eastern District of California Local Rules 140-141, the following documents shall be sealed:

1. Petition for Order Authorizing Compromise of Minor's Claim and for Attorneys Fees and Costs (Docket 65)

2. Declaration of Greg W. Garrotto In Support of Petition For Order Authorizing Compromise of Minors Claim and for Attorneys Fees and Costs; (Docket 65-1)

3. (Proposed) Findings and Order Granting Motion for Approval of Minor's Compromise (Docket 65-2).

Date: 2/26/2020 /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE